# SEMMES, BOWEN & SEMMES
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

250 WEST PRATT STREET
BALTIMORE, MARYLAND 21201

TELEPHONE 410-539-5040

FACSIMILE 410-539-5223

WWW.SEMMES.COM

J. Snowden Stanley, Jr., Principal
Direct Dial: 410-576-4811
Email: jstanley@mail.semmes.com

OFFICES IN
WASHINGTON, D.C.
HAGERSTOWN, MARYLAND
SALISBURY, MARYLAND
McLEAN, VIRGINIA

July 31, 2002

**VIA HAND-DELIVERY**

The Honorable Benson E. Legg
United States District Court
  for the District of Maryland
101 West Lombard Street
Room 340
Baltimore, Maryland 21201

> Re:  *Carroll C. Weyrich v. UNUMProvident Corporation, et al.*
>      *Civil Action No.: L 02 CV 2319*

Dear Judge Legg:

*Approved*

The parties jointly request that this matter be referred to a Magistrate Judge for an early mediation/settlement conference.

*Approved*

We would also request that all dates in your Scheduling Order dated July 25, 2002, be suspended pending completion of the mediation to be revisited, if necessary, in the event that the case is not resolved at mediation.

B. Legg
USDJ
8/2/02

Very truly yours,

J. Snowden Stanley, Jr.
*Attorney for Defendant*

John H. Zink, III, Esquire
*Attorney for Plaintiff*

JSS,Jr./re