IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CARROLL C. WEYRICH | * |
| Plaintiff | * |
| v. | *   Civil Action No.  L 02 CV 2319 |
| THE PAUL REVERE LIFE INSURANCE COMPANY, *et al.* | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff and the Defendants, by their undersigned counsel, hereby stipulate and agree that the above-captioned matter shall be dismissed with prejudice.

_____
John H. Zink, III
Jennifer M. Horn
Venable, Baetjer & Howard, LLP
210 Allegheny Avenue
Towson, Maryland 21285-5517

Attorneys for the Plaintiff

_____
J. Snowden Stanley, Jr.
Semmes, Bowen & Semmes
250 W. Pratt Street
Baltimore, MD 21201
(410) 539-5040

Attorneys for Defendants

### ORDER

The foregoing Stipulation is hereby approved.

Date: Nov. 20, 2002

_____
Judge, United States District Court
For the District of Maryland

(B0301570.WPD;1)